IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                              CASE NO: 4:25-CR-40004

ANTHONY LEVELLE THOMAS, JR.                                                              DEFENDANT

## ORDER OF DETENTION

Before the Court is the Petition seeking revocation of pre-trial release. ECF No. 42. The Court conducted an initial appearance on January 21, 2026, via teleconferencing. The United States appeared through AUSA Graham Jones. Defendant Thomas appeared with appointed counsel Jeff Harrelson. At the initial appearance, Thomas entered a plea of true.

The United States stated it is seeking pretrial detention of Thomas. The Defendant waived the right to an immediate detention hearing but reserved the right to a hearing on the issue of detention at a later date.

The Court orders the United States Marshal to detain the defendant until the Court conducts a detention hearing pursuant to 18 U.S.C. § 3148(b), scheduled for *__Wednesday, January 28, 2026,__* *__10:00 a.m., 3rd floor courtroom, Federal Courthouse, Texarkana, Arkansas__*.

**SIGNED** this 21st day of January 2026.

_____
HONORABLE SPENCER G. SINGLETON
UNITED STATES MAGISTRATE JUDGE

1